UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

TROY GOODMAN,

    Plaintiff,

v.                                  Civil Action No. 2:09-0122

WEXFORD HEALTH SOURCES, INC.,
under M.O.C.C. control, or
the State of West Virginia's control,

    Defendant.

## JUDGMENT ORDER

In accordance with the memorandum opinion and order entered this same day in the above-styled civil action, it is ORDERED and ADJUDGED that the plaintiff, Troy Goodman, take nothing against the defendant, Wexford Health Sources, Inc., in this action.  It is further ORDERED that this action be, and it hereby is, dismissed and stricken from the docket.

The Clerk is directed to forward copies of this judgment order to all counsel of record.

                                            DATED: May 13, 2009

                                            John T. Copenhaver, Jr.
                                            United States District Judge