United States District Court
Southern District of West Virginia
300 Virginia Street, East, Room 2400
Charleston, West Virginia 25301

Date: 5-26-09

Troy Goodman, Civil Action No: 2:09-0122
 Plaintiff,

V.

Wexford Health Sources, INC.,
under M.O.C.C. Control, or
the State of West Virginia's Control
 Defendant,

Dear Clerk;

    Consider this as notice of appeal, to case number shown above.

Respectfully Submitted

Troy Goodman

RECEIVED MAY 27 2009 U.S. Magistrate Judge Southern District of West Virginia Charleston, WV 25301

FILED MAY 27 2009 TERESA L. DEPPNER, CLERK U.S. District Court Southern District of West Virginia



Troy Boodman #22771
M.O.C.C. Box5
#1 Mount Olive Way
Mt. Olive, W.Va. 25185

CORRESPONDANCE FROM INMATE
AT MOUNT OLIVE CORRECTIONAL COMPLEX
BY: U.S. MARSHALS SERVICE
X-RAYED

Mary E. Stanley
United States District Court
Southern District of W. Va.
300 Virginia Street East, Room 2400
Charleston, West Virginia 25301